IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>         Plaintiff,<br><br>    v.<br><br>A BETTER MOVING & STORAGE COMPANY, INC., d/b/a A Better Moving and Storage Company; BENNET D. MATTINGLY; SIGRID MATTINGLY,<br><br>         Defendants. | 2:08-cv-02274-GEB-DAD<br><br><br><br>ORDER RE: SETTLEMENT AND DISPOSITION |

On October 31, 2008, Plaintiff filed a Notice of Settlement in which he states "the parties have settled this action. Disposition documents will be filed within (20) calendar days." Therefore, a dispositional document shall be filed no later than November 20, 2008. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

    IT IS SO ORDERED.

Dated: November 13, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

1